**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **West Texas Poly and Pump, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-3267185** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3310 South Fulton Ave.** **Odessa, TX 79766** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ector** County | Location of principal assets, if different from principal place of business **3310 South Fulton Ave. Odessa, TX 79766** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **West Texas Poly and Pump, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **West Texas Poly and Pump, LLC**  Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **West Texas Poly and Pump, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 26, 2016**
MM / DD / YYYY

X **/s/ /s/ BRIAN BURRIS**
Signature of authorized representative of debtor

**/s/ BRIAN BURRIS**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ JAMES S. WILKINS**
Signature of attorney for debtor

Date **April 26, 2016**
MM / DD / YYYY

**JAMES S. WILKINS**
Printed name

**JAMES S. WILKINS**
Firm name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205-1711**
Number, Street, City, State & ZIP Code

Contact phone **210-271-9212**    Email address **jwilkins@stic.net**

**21486500**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **West Texas Poly and Pump, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **April 26, 2016** | X **/s/ /s/ BRIAN BURRIS** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **/s/ BRIAN BURRIS** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

Debtor name: **West Texas Poly and Pump, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACE SPECIALTIES INC** PO Box 1189 Odessa, TX 79760 | | Trade debt | | | | $2,362.00 |
| **AFFILIATED COM-NET Inc.** 730 AVENUE F, Suite 210 Plano, TX 75074 | | Trade debt | | | | $1,508.64 |
| **AIR COMPRESSOR SOLUTIONS INC** 3001 Kermit Hwy Odessa, TX 79764 | | Trade debt | | | | $23,284.99 |
| **AIRGEN EQUIPMENT LLC** P O Box 13978 Odessa, TX 79768 | | Trade debt | | | | $7,377.00 |
| **B-LINE FILTER & SUPPLY INC** P O BOX 4598 Odessa, TX 79760 | | Trade debt | | | | $24,893.49 |
| **B-LINE LUBE CENTER** P O BOX 4617 Odessa, TX 79760-4617 | | Trade debt | | | | $1,637.69 |
| **BASIN DISPOSAL INC** P O BOX 2283 Odessa, TX 79760 | | Trade debt | | | | $2,673.63 |
| **BRAWLER INDUSTRIES, LLC** P O BOX 60004 Midland, TX 79711-0004 | | Trade debt | | | | $611,603.76 |

Debtor **West Texas Poly and Pump, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FORREST TIRE CO, Inc. - Odessa**<br>PO BOX 1778<br>CARLSBAD, NM 88221-1778 | | Trade debt | | | | $21,176.87 |
| **GICON PUMPS & EQUIPMENT LUBBO**<br>PO BOX 701<br>Lubbock, TX 79408-0701 | | Trade debt | | | | $10,800.91 |
| **JONAS SOFTWARE**<br>330 S. Warminster Rd Suite 360<br>Hatboro, PA 19040 | | Trade debt | | | | $20,839.06 |
| **LONESTAR USA SAFETY& TRAINING LLC**<br>P.O. Box 9215<br>Midland, TX 79708-7757 | | Trade debt | | | | $8,000.00 |
| **MARTENS Todd Leonard & Taylor**<br>301 Congress Ave., Suite 1950<br>Austin, TX 78701 | | Trade debt | | | | $54,511.36 |
| **McJunkin Red Man Corp**<br>PO BOX 204392<br>Dallas, TX 75230-4392 | | Trade debt | | | | $1,558.52 |
| **MPS ENTERPRISES INC**<br>**MILFORD PIPE & SUPPLY**<br>1224 W. Broadway Place<br>Hobbs, NM 88240 | | Trade debt | | | | $4,290.00 |
| **Skybitz** | | Trade debt | | | | $5,831.90 |
| **SUN COAST RESOURCES INC**<br>P O BOX 202603<br>Dallas, TX 75320-4667 | | Trade debt | | | | $25,245.64 |
| **WELLTECK IT**<br>P.O. BOX 5261<br>Midland, TX 79704 | | Trade debt | | | | $16,277.70 |
| **WESTAIR - PRAXAIR DIST INC**<br>P.O. BOX 120889<br>Dallas, TX 75312-0889 | | Trade debt | | | | $1,748.77 |

Debtor **West Texas Poly and Pump, LLC**     Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WTG FUELS, Inc.**<br>**P.O. Box 51140**<br>**Midland, TX**<br>**79710-1140** | | **Trade debt** | | | | $8,044.43 |

# United States Bankruptcy Court
## Western District of Texas

In re: **West Texas Poly and Pump, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 26, 2016**

/s/ /s/ BRIAN BURRIS
**/s/ BRIAN BURRIS**/**CEO**
Signer/Title

```
ACE SPECIALTIES INC
PO Box 1189
Odessa, TX 79760


ACTION AIR
PO BOX 3274
Lubbock, TX 79452


AFFILIATED COM-NET Inc.
730 AVENUE F, Suite 210
Plano, TX 75074


AIR COMPRESSOR SOLUTIONS INC
3001 Kermit Hwy
Odessa, TX 79764


AIRGEN EQUIPMENT LLC
P O Box 13978
Odessa, TX 79768


AMERICAN CRANE & EQUIPMENT
P O BOX 13293
Odessa, TX 79768-3293


AMERIFLUSH, Inc.
4606 Johnson Rd
Odessa, TX 79764


ASSOCIATED SUPPLY COMPANY INC
 P.O. BOX 3888
Lubbock, TX 79452


Attorney General of the US
Main Justice Bldg., #5111
10th & Constitution Ave. NW
Washington, DC 20530-0001


B-LINE FILTER & SUPPLY INC
P O BOX 4598
Odessa, TX 79760


B-LINE LUBE CENTER
P O BOX 4617
Odessa, TX 79760-4617
```

BARNHART BOLT & SPECIAL FASTENERS
PO BOX 69085
Odessa, TX 79769-9085


BASIN DISPOSAL INC
P O BOX 2283
Odessa, TX 79760


BRAWLER INDUSTRIES, LLC
P O BOX 60004
Midland, TX 79711-0004


COUGAR CLEANING EQUIPMENT
JIMMY M SMART
3841 W. Loop 338
Odessa, TX 79764


ELECTRONIC DATA DEVICES CO INC
P O BOX 12128
Odessa, TX 79768


FORREST TIRE CO, Inc. - Odessa
PO BOX 1778
CARLSBAD, NM 88221-1778


GICON PUMPS & EQUIPMENT LUBBO
PO BOX 701
Lubbock, TX 79408-0701


GREAT TEXAS OIL CHANGE
PO BOX 3432
Odessa, TX 79760-3432


INTERNAL REVENUE SERVICE
P.O. Box 21126
Philadelphia, PA 19114


JONAS SOFTWARE
330 S. Warminster Rd Suite 360
Hatboro, PA 19040


L&W DIESEL SERVICE, Inc.
P.O. BOX 4635
Odessa, TX 79760

```
LONESTAR USA SAFETY& TRAINING LLC
P.O. Box 9215
Midland, TX 79708-7757


MARTENS Todd Leonard & Taylor
301 Congress Ave., Suite 1950
Austin, TX 78701


McJunkin Red Man Corp
PO BOX 204392
Dallas, TX 75230-4392


MIDLAND WINPUMP COMPANY
2400 COMMERCE
Midland, TX 79703


MMR CONSTRUCTORS, Inc.
P O BOX 62382
NEW ORLEANS, LA 70162-2382


MPS ENTERPRISES  INC
MILFORD PIPE & SUPPLY
1224 W. Broadway Place
Hobbs, NM 88240


Prosperity Bank
2703 N. Grandview Ave.
Odessa, TX 79762


REXCO
3220 KERMIT HIGHWAY
Odessa, TX 79764


SANDCO SALES, Inc.
806 W 59TH
Odessa, TX 79764


Skybitz



SUN COAST RESOURCES INC
P O BOX 202603
Dallas, TX 75320-4667
```

```
Texas Comptroller of Public Accounts
c/o Attorney General's Office
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548


THE SHERWIN WILLIAMS CO
5001 JOHN BEN Sheppard PK
Odessa, TX 79762-8123


United States Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216


VARELA DIESEL PERFORMANCE
2741 E. PEARL St.
Odessa, TX 79761


WELLTECK IT
P.O. BOX 5261
Midland, TX 79704


WESTAIR - PRAXAIR DIST INC
P.O. BOX 120889
Dallas, TX 75312-0889


WTG FUELS, Inc.
P.O. Box 51140
Midland, TX 79710-1140
```